UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MELDEISHA McMILLIAN,

                            Plaintiff,

     -against-                                     20 **CIVIL** 1026 (MKV)

                                                    **JUDGMENT**

MTA METRO-NORTH RAILROAD,

                          Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2021, Defendant's motion to dismiss Plaintiff's complaint is GRANTED. While the denial of Plaintiff's claim by the Adjustment Board does not preclude her discrimination claims or bar litigation of any fact at this stage, Plaintiff has wholly failed to plead facts sufficient to plausibly allege any discrimination took place. The only allegations to which Plaintiff points are conclusory-legal conclusions that are not taken as true for the purposes of this motion. Plaintiff's other claims related to the Adjustment Board's decision also fail, as they are precluded by binding law; accordingly, the case is closed.

**Dated:** New York, New York

        September 21, 2021

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                              **BY:**

                                                          **Deputy Clerk**